IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SHANE LOCKHART, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:13-CV-886-WKW |
| EVERLOTUS INDUSTRIES INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This case was removed from the Circuit Court of Chilton County, Alabama, on December 4, 2013, and reassigned to the undersigned on December 26, 2013. All Defendants but Durapro, Inc., have answered the Complaint. It is unclear from the removal record whether Plaintiffs have served Durapro, Inc. Accordingly, on or before **February 23, 2014**, Plaintiffs are DIRECTED to file a Status Report advising whether they have served Durapro, Inc., with a copy of the summons of the Complaint and, if not, what efforts they have made to perfect service on Durapro, Inc.

DONE this 12th day of February, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE